MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted in the following cases (beginning with No. 754, Misc., and extending through No. 850, Misc., on this page):

No. 754, Misc. SHAW v. CALIFORNIA. Super. Ct. Cal., County of Los Angeles. Certiorari denied. *Roger Arnebergh* and *Philip E. Grey* for respondent.

No. 758, Misc. GALLMON v. NEW YORK. Ct. App. N. Y. Certiorari denied. *Leon B. Polsky* for petitioner. *Frank S. Hogan* and *H. Richard Uviller* for respondent.

No. 816, Misc. HILL v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Philip C. Griffin,* Deputy Attorney General, for respondent.

No. 826, Misc. HOWARD v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied. *H. David Rothman* for petitioner. *Robert W. Duggan* and *Edwin J. Martin* for respondent.

No. 850, Misc. WILSON v. GEORGIA. Sup. Ct. Ga. Certiorari denied. *Howard Moore, Jr.,* for petitioner. *Lewis R. Slaton, J. Walter LeCraw* and *J. Robert Sparks* for respondent.

No. 805, Misc. LAMENCA v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 810, Misc. FUNICELLO v. NEW JERSEY. Sup. Ct. N. J. Certiorari denied.

No. 814, Misc. DABNEY v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.